AO245B Judgment in a Criminal Case for Revocation (Rev. 12/03)
Sheet

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  12 / 16 / 05
BY   OM

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>NORMA J. REEDY<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 03-50001-01<br><br>USM Number: 11646-035<br><br>Betty L. Marak<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to allegations listed in the Petition filed by the Probation Office on November 18, 2005. The Court finds that in accordance with U.S. Sentencing Commission Guidelines, the defendant has committed one Grade B violation and at least three Grade C violations of her supervised probation. Accordingly, the five-year term of supervised probation ordered on May 15, 2003 is hereby revoked.

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 1, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

TOM STAGG, United States District Judge
Name & Title of Judicial Officer

December 16, 2005
Date

Judgment - Page 2 of 2

DEFENDANT: NORMA J. REEDY
CASE NUMBER: 03-50001-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [] a.m. [] p.m. on ___.
    [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✓] before 1:00 p.m. on January 9, 2006.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL